**IT IS ORDERED as set forth below:**



**Date: August 28, 2015**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 14-73076 |
| | : | |
| REGINALD DEWAYNE HUNLEY, | : | CHAPTER: 13 |
| | : | |
| Debtor. | : | JUDGE: PAUL W. BONAPFEL |
| _____ | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION , | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| REGINALD DEWAYNE HUNLEY, | : | CONTESTED MATTER |
| JOY Y BOYER, Co-Debtor | : | |
| MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY (#30)

The above styled Motions were called for a hearing on August 3, 2015, upon Notice of

Assignment of Hearing to each of the above-captioned parties in interest. There was no

opposition to the Motions and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay and the 11 U.S.C. § 1301 co-debtor stay are lifted for Movant herein, its successors and assigns, regarding the real property commonly known as 801 Etowah Ridge, Stockbridge, GA 30281.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Richard H. Siegel_____.
Richard H. Siegel, GA Bar No.: 645825
Attorney for Movant
Aldridge Pite, LLP
(formerly known as Aldridge Connors, LLP)
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7507
Fax: (888) 873-6147
Email: rsiegel@aldridgepite.com

NO OPPOSITION:

/s/ Brandi L. Kirkland_____ _____ with express permission.
Brandi L. Kirkland, GA Bar No: 423627
Attorney for Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740
Phone: (404) 525-1110

DISTRIBUTION LIST

Reginald Dewayne Hunley
801 Etowah Ridge
Stockbridge, GA 30281

Joy Y Boyer
801 Etowah Ridge
Stockbridge, GA 30281

Craig Z. Black
The Semrad Law Firm, LLC
101 Marietta Street, NW, Suite 3600
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740